IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02055-WYD-KLM

JON KRAKAUER,

    Plaintiff,

v.

HOUGHTON MIFFLIN COMPANY, and
R.R. DONNELLEY & SONS COMPANY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' Motion to Compel Deposition of Plaintiff and Motion for an Extension of the Fact Discovery Deadline [Docket No. 16; Filed May 8, 2008] (the "Motion"). The Fact Discovery deadline expires in this case on May 15, 2008.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On or before **June 15, 2008**, Plaintiff shall attend his deposition at a date, time, and location agreed upon by the parties. The Court reminds Plaintiff that refusing to attend, without more, is insufficient to claim the protection of either the Federal Rules of Civil Procedure (*see* Fed. R. Civ. P. 26(c) and 30(d)) or the Local Rules of this Court (*see* D.C.COLO.LCivR. 30.2(A)).

    IT IS FURTHER **ORDERED** that the Fact Discovery deadline set in this case is extended to **June 15, 2008** for all forms of discovery, including depositions.

Dated: May 9, 2008