IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02055-WYD-KLM

JON KRAKAUER,

    Plaintiff,

v.

HOUGHTON MIFFLIN COMPANY; and
R. R. DONNELLEY & SONS COMPANY,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, filed May 29, 2008 (docket #19).  Having reviewed the stipulation and the premises therein it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice, filed May 29, 2008 (docket #19) is **GRANTED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to bear their own costs and fees.

Dated:  May 30, 2008

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge